No. 1032. Ethel James *v.* James C. Davis, as Agent, etc. May 21, 1923. Petition for a writ of certiorari to

the Supreme Court of the State of Alabama denied. *Mr. W. A. Denson* for petitioner. *Mr. S. R. Prince* for respondent.